UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Nancy Depcik, | ) | Case No. 10-54905 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | Hearing Date: April 9, 2013 |
| | ) | Hearing Time: 9:30 A.M. |

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Applicant:  Baldi Berg & Wallace Ltd.

Authorized to Provide
Professional Services to:  Joseph A. Baldi, Trustee

Date of Order Authorizing
Employment:  May 24, 2011

Period for Which
Compensation is sought:  May 2, 2011 to Close of Case

Amount of Fees sought:  $9,077.00

Amount of Expense
Reimbursement sought:  $293.00

This is an:  Interim Application __  Final Application __X__

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $ ___-0-___.

Dated: March 5, 2013          Baldi Berg & Wallace, Ltd.


                              By: ____/s/Joseph A. Baldi_____
                                     Joseph A. Baldi

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Nancy Depcik, | ) | Case No. 10-54905 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | Hearing Date: April 9, 2013 |
| | ) | Hearing Time: 9:30 A.M. |

### Application for Allowance and Payment of Final Compensation
### And Expense Reimbursement of Baldi Berg & Wallace, Ltd., Attorneys for Trustee

Baldi Berg & Wallace, Ltd. ("BBW"), attorneys for Joseph A. Baldi, as trustee ("Trustee") of the estate ("Estate") of Nancy Depcik, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), request this Court to enter an order for the allowance and payment to BBW of $9,077.00 as final compensation for 29.50 hours of legal services rendered to the Trustee from May 2, 2011 through the close of this case and for reimbursement of expenses in the amount of $293.00. In support thereof, BBW respectfully states as follows:

#### Introduction

1.      Debtor commenced this case on December 13, 2010 by filing a voluntary petition for relief under chapter 7 of the Code.

2.      Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.      As of the commencement of this case, the Estate's primary assets were comprised of the Debtor's 2010 income tax refund; the equity in an Acura automobile; and the Debtor's rights to collect payments under a promissory note.

4.      The bar date for filing claims in this case was September 21, 2011.

#### Retention of BBW

5.      On May 24, 2011, the Court entered an ordered authorizing Trustee to employ Joseph A. Baldi and the law firm of Baldi Berg & Wallace, Ltd. as his counsel in this case.  A copy of

the order authorizing Trustee to retain BBW is attached hereto as Exhibit A. BBW has served as counsel for Trustee at all times since its retention.

6.      The professional qualifications and experience of the BBW attorneys who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were primarily responsible for representing the Trustee during the period covered by this fee application are:

> Joseph A. Baldi -- Partner
> Donna B. Wallace -- Partner
> Julia D. Loper -- Associate
> Ricki K. Podorovsky -- Paralegal

## Prior Compensation and Expense Reimbursement Received

7.      This is the first and final application ("Application") for allowance and payment of compensation and expense reimbursement that BBW will file in this case.

## Services Rendered by BBW

8.      Itemized and detailed descriptions of the specific services rendered by BBW to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category. A listing of the attorneys and paralegals, their position with the firm, hourly rate(s), as adjusted from time to time, and the total hours expended by each professional is detailed below:

| PROFESSIONAL | TITLE | RATES | HOURS |
|---|---|---|---|
| Joseph A. Baldi | Principal | $450.00 | 4.00 |
| Donna B. Wallace | Principal | $350.00 | 15.20 |
| Julia D. Loper | Associate | $200.00/$235.00 | 2.00 |
| Ricki K. Podorovsky | Paralegal | $190.00/$195.00 | 8.30 |
| TOTALS | | | 29.50 |

9.     For the Court's convenience, the services rendered by BBW during the period covered by this Application are categorized in two categories and summarized below:

<u>General Administration</u>:    BBW advised the Trustee as to general case administration matters including, preparing and presenting Trustee's Motion to Employ Attorneys and advising the Trustee as to the Estate's interest in the Acura automobile.  As requested by Trustee, BBW prepared and presented the Trustee's Motion to Sell the Acura automobile.  As a result of the sale of the automobile, the Estate recovered gross proceeds in excess of $4,500.00.  BBW analyzed the Estate's interest in seven parcels of real property located in Florida ("Real Property") which the Debtor owned jointly with Mr. Siragusa.  Each parcel of Real Property was fully encumbered and of no value to the Estate, nevertheless, Trustee negotiated with Siragusa to sell the Estate's interest in the Real Property for $5,000.00.  Thereafter, BBW prepared and presented the Trustee's Motion to Sell the Real Property.  After that motion was filed, Trustee learned of an outstanding promissory note from Siragusa in favor of the Debtor in the principal amount of $128,000.00 ("Note") and, as requested by Trustee, BBW withdrew the Motion to Sell.   Finally, BBW prepared this final fee application and otherwise represented the Trustee with respect to his duties under the Bankruptcy Code.

In connection with the foregoing, BBW spent 12.40 hours for which it requests allowance and payment of final compensation in the amount of $3,310.50.

<u>Adversary</u>:  BBW investigated the Debtor's interest in the Note and advised the Trustee as to the collection thereof.  As requested by Trustee, BBW made demand upon Siragusa for a turnover of the past-due payments under the Note.  When no payments were forthcoming, BBW prepared and filed an adversary complaint on behalf of the Trustee and against Siragusa for a turnover of the proceeds of the Note ("Adversary").  BBW represented Trustee in the prosecution of the Adversary and in negotiations with Siragusa for a settlement of the Adversary.  BBW advised Trustee as to the likelihood of recovery from Siragusa in satisfaction of a judgment in the Adversary.  Ultimately, Trustee and Siragusa agreed to a settlement of the Adversary such that the Estate recovered gross

proceeds of $12,800.00. BBW prepared and presented the Trustee's Motion for Authority to Compromise which was approved by this Court.

In connection with the foregoing, BBW spent 17.10 hours for which it requests allowance and payment of final compensation in the amount of $5,766.50.

### Compensation Requested

10.   BBW has expended a total of 29.50 hours for the services described and categorized in paragraph nine above. The total value of those services is $9,077.00.

11.   All of the services performed by BBW were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BBW at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BBW's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BBW for which compensation is requested. In those instances where two or more attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12.   The rates charged by the attorneys and paralegals of BBW in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C and is summarized in paragraph 8 above.

13.   This Application includes time and a request for compensation for services relative to the preparation of this Application. The total hours spent in the preparation of the Application is 2.50 hours of services for which compensation is requested in the amount of $487.50. This Application represents the first and final application for compensation that BBW will file in this case.

## Payment of Compensation

14.    BBW has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by BBW for services rendered to the Trustee in connection with this case

15.    BBW has not previously received or been promised any payments for services rendered in this case.

16.    The Affidavit of Joseph A Baldi pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

17.    The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case.

## Reimbursement of Expenses

18.    BBW has incurred actual and necessary expenses in the performance of services to the Trustee for which it requests reimbursement in the amount of $293.00.  The expenses for which BBW requests reimbursement include the filing fee for the Adversary.  A detailed description of the expenses for which BBW requests reimbursement is included on the billing statements attached hereto as Exhibit C.

## Status of the Case

19.    The Trustee has administered all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

20.    Trustee has completed and filed his Final Report simultaneously herewith.  A Final Fee Application for the Trustee has also been filed concurrently with this Application.

## Financial Condition of the Case

21.    Trustee currently has approximately $21,000.00 on deposit in the Estate's bank accounts.  The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee

in connection with his final fee application, 2) the legal fees and expenses allowed to Baldi Berg & Wallace, Ltd. in connection with this final fee application, and 3) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

22.    Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a final distribution to timely filed general unsecured creditors in this case.

### Trustee's Approval

23.    BBW certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi Berg & Wallace, Ltd., attorneys for Joseph A. Baldi, as trustee, requests the entry of an order providing the following:

A.    Allowing to Baldi Berg & Wallace, Ltd. final compensation in the amount of $9,077.00 for actual and necessary professional services rendered to the Trustee from May 2, 2011 through the closing of this case;

B.    Allowing to Baldi Berg & Wallace, Ltd. reimbursement of actual and necessary expenses incurred in the amount of $293.00;

C.    Authorizing Trustee to pay the amounts to Baldi Berg & Wallace, Ltd. from the funds on hand in the Estate as part of the Trustee's final distribution; and

D.    For such other and further relief as this Court deems appropriate.

Dated: February 7, 2013                    Baldi Berg & Wallace, Ltd.

Attorneys for Joseph A. Baldi, as trustee of the estate of Nancy Depcik, Debtor

By:____/s/Joseph A. Baldi_____

Joseph A. Baldi/Atty ID 00100145
Elizabeth C. Berg/Atty ID 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle St.   Suite 1500
Chicago, IL  60603
312.726.8150

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   10-54905 |
| NANCY DEPCIK | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Jack B. Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## Order Authorizing Trustee to Employ Attorneys

THIS CAUSE comes before this Court on the Trustee's Application to Employ Joseph A. Baldi and the law firm of Baldi Berg & Wallace, Ltd. as attorneys for Trustee and the supporting affidavit of Joseph A. Baldi and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Joseph A. Baldi, as trustee of the estate of nancy Depcik, debtor, is authorized to employ Joseph A. Baldi and the law firm of Baldi Berg & Wallace, Ltd. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court upon proper application.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  May 24, 2011

**Prepared by:**

Joseph A. Baldi
Attorney ID No. 00100145
Elizabeth C. Berg
Attorney ID No. 6200886
Joseph A. Baldi & Associates
19 S. LaSalle Street #1500
Chicago, Illinois  60603
(312) 726-8150

**Baldi Berg & Wallace**
**Final Fee Application**

**Nancy Depcik, Debtor**
**Case No. 10-54905**

**Professional Qualifications**

**Exhibit B**

## Baldi Berg & Wallace, Ltd.

<u>Joseph A. Baldi</u>

Joseph Baldi is the founding member of the Chicago bankruptcy boutique firm of Baldi Berg & Wallace, Ltd. (formerly Joseph A. Baldi & Associates, P.C.).   Prior to establishing the firm in 2000, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield, P.C., where he served as chairman of bankruptcy and reorganization practice group.  In addition to his experience in private practice, Mr. Baldi spent five years as a staff attorney with the Office of the United States Trustee, a component of the United States Department of Justice.

Mr. Baldi has specialized in insolvency law for over 25 years and has extensive experience in a variety of settings, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors.  He has represented clients in all sectors of the bankruptcy arena, including debtors, bankruptcy trustees, lenders, claimholders and creditor committees.  Mr. Baldi has counseled both individual and corporate debtors in chapter 7, 11, and 13 cases and has significant experience with complex commercial bankruptcies.

In addition to his experience acting as bankruptcy counsel, Mr. Baldi is a long time member of the panel of private bankruptcy trustees appointed by the United States Trustee's Office for the Northern District of Illinois.   In over twenty years as a chapter 7 trustee, Mr. Baldi has liquidated a broad range of business entities, including law firms, real estate ventures, distributorships, retail firms and financial service providers.   He has also operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill, and an industrial real estate partnership.

Mr. Baldi is licensed to practice law in the state of Illinois and admitted to practice before the Seventh Circuit Court of Appeals and many federal bankruptcy courts in the Midwest.   He is a member of the Chicago Bar Association, National Association of Bankruptcy Trustees and American Bankruptcy Institute, where he is a frequent lecturer on a variety of bankruptcy topics.

In addition to his legal pursuits, Mr. Baldi is active in municipal affairs in his hometown of Park Ridge, Illinois and currently serves as a commissioner on the city's Planning and Zoning Commission.  Mr. Baldi graduated *cum laude* from the DePaul University College of Law and holds a B.A. in Psychology from Western Illinois University.

**Baldi Berg & Wallace, Ltd.**

## Julia D. Loper

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies. Ms. Loper has worked with Baldi Berg and Wallace, Ltd. since 2009. Ms. Loper also has general civil litigation experience. Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association. Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

## Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm. Ms. Podorovsky has worked with Baldi Berg & Wallace, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois. Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

**Baldi Berg & Wallace**
**Final Fee Application**

**Billing Statements**

**Exhibit C**

**Baldi Berg & Wallace, Ltd.**
**19 S. LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**

**Phone:** (312) 726-8150
**Fax:**     (312) 726-5067

**FEIN:** 36-4352753

**Invoice submitted to:**

February 2, 2013
Invoice No:    02158

Joseph A. Baldi, trustee
c/o Baldi Berg & Wallace, Ltd.
19 South LaSalle Street
Suite 1500
Chicago, Illinois 60603

## Consolidated Summary

| | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| **Depcik - General Administration** | | | | | | | |
| | 12.40 | $3,310.50 | $0.00 | $3,310.50 | $0.00 | $0.00 | $3,310.50 |
| **Depcik - Adversary** | | | | | | | |
| | 17.10 | $5,766.50 | $293.00 | $6,059.50 | $0.00 | $0.00 | $6,059.50 |
| | 29.50 | $9,077.00 | $293.00 | | | | $9,370.00 |

## Baldi Berg & Wallace, Ltd

2/02/2013

Depcik - General Administration

Page    2

---

**In Reference to:**   *Depcik - General Administration*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 5/02/2011 | RKP | Draft Motion to Sell Property (1.3); draft notice to creditors (.4); prepare 2002 service list (.1); review docket to verify proper service parties (.1); prepare proposed order to sell property (.1); efile (.1); draft motion to employ attorneys (.5); and 2014 affidavit (.2); and proposed order (.1). | 2.90 $190.00/ hr | $551.00 |
| 5/04/2011 | RKP | Prepare affidavit to application to employ and certificate of service for 2002 notice for filing (.1); and efile (.1) | 0.20 $190.00/ hr | $38.00 |
| 5/24/2011 | JAB | Appear on Depcik (Schmetterer) --2 Motions: Motion to Employ Attorney and Motion to Sell Property | 0.50 $425.00/ hr | $212.50 |
| 6/10/2011 | JDL | Review order on motion for relief from stay. | 0.10 $200.00/ hr | $20.00 |
| 7/25/2011 | JAB | Review offer to purchase interests in real estate (.3), forward to RKP to follow up (.1), discuss same (.1). | 0.50 $425.00/ hr | $212.50 |
| 8/10/2011 | RKP | Review offer letter from Wrobel on behalf of Siragusa (.1); review schedules to analyze offer (.1); draft letter to Wrobel requesting additional information for Trustee to consider offer (.2). | 0.40 $190.00/ hr | $76.00 |
| 8/31/2011 | RKP | Follow up telephone call to J. Wrobel re: information on liens related to Abbey property and to see if purchaser interested in Port Charlotte property | 0.10 $190.00/ hr | $19.00 |
| 9/07/2011 | RKP | Analyze information provided by J. Wrobel re: Siragusa offer (.2); discuss same with Trustee (.1); correspondence to J. Wrobel re: Trustee's acceptance of the terms of offer (.1). | 0.40 $190.00/ hr | $76.00 |

# Baldi Berg & Wallace, Ltd

2/02/2013

Depcik - General Administration

Page    3

| | | | | |
|---|---|---|---|---|
| 9/09/2011 | RKP | Begin draft motion to sell right, title and interest in real property in Florida (1.0); review correspondence from J. Wrobel, attorney for purchaser (.1). | 1.10<br>$190.00/hr | $209.00 |
| 10/05/2011 | JAB | Teleconference from debtor's attorney re valuation documents regarding sale of real estate (.3). Confer with RKP re forwarding same (.2). | 0.50<br>$425.00/hr | $212.50 |
| 10/13/2011 | JAB | Attend hearing on Depcik (Schmetterer) Motion to Sell, continue same to review Siragusa loan status. | 0.70<br>$425.00/hr | $297.50 |
| 10/21/2011 | JAB | Teleconference with Wrobel re Siragusa offer, debt due, settlement of each. | 0.30<br>$425.00/hr | $127.50 |
| 10/26/2011 | RKP | Conduct public records search on Charles W. Siragusa to identify potential collectible assets (.3); analyze search results (.2). | 0.50<br>$190.00/hr | $95.00 |
| 10/27/2011 | JAB | Attend and continue Depcik (Schmetterer) Motion to Sell | 1.00<br>$425.00/hr | $425.00 |
| 11/28/2011 | JAB | Appear on Depcik (Schmetterer) Motion to Sell (.3), withdraw same. Teleconference with Siragusa attorney re obligations to estate, settlement of same (.2). | 0.50<br>$425.00/hr | $212.50 |
| 1/23/2012 | RKP | Review case file (.1) and advise Trustee as to tax reporting requirements (.1) | 0.20<br>$195.00/hr | $39.00 |
| 1/31/2013 | RKP | Begin draft BBW fee application. | 0.50<br>$195.00/hr | $97.50 |

# Baldi Berg & Wallace, Ltd

2/02/2013

Depcik - General Administration

Page    4

| | | | | |
|---|---|---|---|---|
| 2/02/2013 | RKP | Edit time detail in preparation of final fee application (.4); draft BBW fee application (1.0); draft coversheet, proposed order and affidavit (.3); review and edit same (.3). | 2.00<br>$195.00/ hr | $390.00 |

| | |
|---|---|
| Total Fees | $3,310.50 |
| Total New Charges | $3,310.50 |
| Previous Balance | $0.00 |
| Balance Due | $3,310.50 |

### *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Joseph A Baldi | 4.00 | $425.00 |
| Julia D Loper | 0.10 | $200.00 |
| Ricki K Podorovsky | 5.60 | $190.00 |
| Ricki K Podorovsky | 2.70 | $195.00 |

# Baldi Berg & Wallace, Ltd

2/02/2013

Depcik - Adversary

Page    5

**In Reference to:**   *Depcik - Adversary*

## *Professional Services*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 5/03/2012 | DBW | Commence review of file re lawsuit against Siragusa to collect on note | 0.40 <br>$350.00/ hr | $140.00 |
| 5/07/2012 | DBW | Draft adversary complaint to collect property of the estate (1.7), proofread (.3) revise (.2), organize exhibits (.2) | 2.50 <br>$350.00/ hr | $875.00 |
| 6/25/2012 | DBW | Review file re demand letter to Siragusa on notes (.3), commence drafting demand letter | 0.30 <br>$350.00/ hr | $105.00 |
| 6/27/2012 | DBW | Read latest amendment to promissory note (.2), draft demand letter to Siragusa for payments due under the Note (.5) revise complaint for turnover (.2) | 0.90 <br>$350.00/ hr | $315.00 |
| 9/06/2012 | DBW | Review adversary complaint and exhibits prior to filing | 0.30 <br>$350.00/ hr | $105.00 |
| 9/10/2012 | DBW | Revise complaint against Siragusa to incorporate demand letter (.2), proof read (.1) | 0.30 <br>$350.00/ hr | $105.00 |
| 9/11/2012 | DBW | e-file adversary complaint (.2), complete certificate of service, serve complaint & summons (.2) | 0.40 <br>$350.00/ hr | $140.00 |
| 10/18/2012 | JDL | Appear on return date for adversary proceeding against Siragusa - request new status date. (.7) Email to opposing counsel re: same (.2) | 0.90 <br>$235.00/ hr | $211.50 |
| 11/19/2012 | DBW | Appear in court re adversary status | 0.80 <br>$350.00/ hr | $280.00 |
| 11/26/2012 | DBW | Review/analyze answer re issues related to discovery, judgment on pleadings, settlement (.4), conference with Trustee re same (.2) | 0.60 <br>$350.00/ hr | $210.00 |

## Baldi Berg & Wallace, Ltd

2/02/2013

Depcik - Adversary

Page    6

| Date | | Description | Hours | Amount |
|------|------|------|------|------|
| 12/04/2012 | DBW | Draft settlement agreement with Siragusa (1.7) | 1.70<br>$350.00/ hr | $595.00 |
| 12/05/2012 | DBW | Conference with trustee re settlement agreement (.1), e-mail settlement agreement to opposing counsel for review (.1) | 0.20<br>$350.00/ hr | $70.00 |
| 12/12/2012 | DBW | Review changes to settlement agreement proposed by opposing counsel (.3), conference with Trustee re same (.1), e-mail to opposing counsel re same and contents of deed under FL law (.1), Commence drafting Motion to approve settlement (.9) | 1.40<br>$350.00/ hr | $490.00 |
| 12/13/2012 | DBW | Complete Motion to Approve settlement with Siragusa (.7), prepare Notice to Creditors (.4), check court file & update service list (.3), proof read and revise Motion & Notice (.3), draft proposed order (.4), e-mail to Opposing Counsel for comments (.1) | 2.20<br>$350.00/ hr | $770.00 |
| 12/18/2012 | DBW | Appear in Court re Status of Siragusa Adversary | 0.50<br>$350.00/ hr | $175.00 |
| 12/19/2012 | DBW | e-file settlement motion (.1), conference with JMM re mailing notices & certificate of service (.1) | 0.20<br>$350.00/ hr | $70.00 |
| 1/10/2013 | DBW | Appear in Court re settlement (.4), conference with opposing counsel re exchange of documents and deed (.2), prepare documents required for settlement (.3), prepare stipulation to dismiss (.3) | 1.20<br>$350.00/ hr | $420.00 |
| 1/15/2013 | DBW | E-mail forwarding closing documents to opposing counsel for review | 0.30<br>$350.00/ hr | $105.00 |
| 1/23/2013 | DBW | Amend order for findings of fact | 0.20<br>$350.00/ hr | $70.00 |

# Baldi Berg & Wallace, Ltd

2/02/2013

Depcik - Adversary

Page     7

| 1/24/2013 | DBW | Appear in court re settlement status (.4), revise order for findings (.2), e-mail to opposing counsel re same (.1)file stipulation to dismiss (.1) | 0.80<br>$350.00/ hr | $280.00 |
|---|---|---|---|---|
| 1/28/2013 | JDL | Review and revise amended proposed order (.3) Conference with DBW re: same (.1) Review docket re: original order, stipulation filed (.1) Appear in court on continued hearing to settle/dismiss (.5) | 1.00<br>$235.00/ hr | $235.00 |

| | | |
|---|---|---|
| | Total Fees | $5,766.50 |

## Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 9/11/2012 | Filing fee for Siragusa Adversary | 1.00 @<br>/each | $293.00 |

| | |
|---|---|
| Total Expenses | $293.00 |
| Total New Charges | $6,059.50 |
| Previous Balance | $0.00 |
| Balance Due | $6,059.50 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Donna B Wallace | 15.20 | $350.00 |
| Julia D Loper | 1.90 | $235.00 |

**Baldi Berg & Wallace**
**Final Fee Application**

**Nancy Depcik, Debtor**
**Case No. 10-54905**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Nancy Depcik, | ) | Case No. 10-54905 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

**Rule 2016 Affidavit**

State of Illinois )
County of Cook )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1.      I am the principal of Baldi Berg & Wallace, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg & Wallace, Ltd.

2.      I have read the Application for Allowance and Payment of Final Compensation and Expense Reimbursement of Baldi Berg & Wallace, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg & Wallace, Ltd. has performed the services and incurred the expenses set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.      A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4.      Baldi Berg & Wallace, Ltd. has not previously received payment of any compensation for services rendered or reimbursement of any expenses incurred in connection with this case. Baldi Berg & Wallace, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement received or to be received for services rendered or expenses incurred in connection with this matter, except among the principals and associates of Baldi Berg & Wallace, Ltd.

5.      Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
this _7_ day of February, 2013

_____
Notary Public

```
OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015
```

**Exhibit D**