# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DEPCIK, NANCY | § | Case No. 10-54905 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

9:30 a.m. on April 9, 2013
in Courtroom 682, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: <u>Kenneth S. Gardner</u>_____
Clerk of the US Bankruptcy Court

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                    §
                                          §
DEPCIK, NANCY                             §        Case No. 10-54905
                                          §
          Debtor(s)                       §

---

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of                 $        21,086.46

and approved disbursements of                      $            44.28

leaving a balance on hand of[1]                    $        21,042.18

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 2,858.65 | $ 0.00 | $ 2,858.65 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 9,077.00 | $ 0.00 | $ 9,077.00 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ 293.00 | $ 0.00 | $ 293.00 |
| Other: International Sureties | $ 6.53 | $ 6.53 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $        12,228.65

Remaining Balance        $         8,813.53

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,980.28  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  32.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $          26,980.28 | $          0.00 | $          8,813.53 |
| | Total to be paid to timely general unsecured creditors | | $ | 8,813.53 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Joseph A. Baldi

Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-54905-JBS
Nancy Depcik                                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1              User: cmendoza1        Page 1 of 3        Date Rcvd: Mar 06, 2013
                                 Form ID: pdf006         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2013.
db              #+Nancy Depcik,    2650 North Lakeview,    Apt. 3409,   Chicago, IL 60614-1873
16537659         +Bank of America/IBM LBPS,    450 American Street,   Simi Valley, CA 93065-6285
16537660         +Bank of Naples,    4099 Tamiami Trail N,   Suite 100,   Naples, FL 34103-3548
16537664        ++CITIMORTGAGE,    5280 CORPORATE DRIVE,    BANKRUPTCY DEPARTMENT,   ATTENTION MC0023,
                   FREDERICK MD 21703-8351
                 (address filed with court: Citimortgage,    5280 Corporate Drive,   Frederick, MD 21703)
16537661         +Charles Siragusa,    2727 N. Mildred,   Chicago, IL 60614-1417
16537662         +Chase,    PO Box 15298,   Wilmington, DE 19850-5298
17565234          Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16537663         +Citibank SD, NA,    Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
16537666          Citimortgage, Inc.,    c/o Marshall C. Watson PA,   18-- NW 49th St., Suite 120,
                   Fort Lauderdale, FL 33309
16537667         +Fereral National Mortgage Assoc.,    c/o Pierce and Asociates,   1 N. Dearborn, suite 1300,
                   Chicago, IL 60602-4321
16537669         +Fifth Third Bank,    P.O. Box 630412,   Cincinnati, OH 45263-0412
16537668         +Fifth Third Bank,    c/o Bankruptcy Dept, Mdropso5,   1850 East Paris,
                   Grand Rapids, MI 49546-6210
16537670         +Fifthi Third Bank,    c/o P.O. Box 630412,   Cincinnati, OH 45263-0001
16537671         +GMAC Mortgage,    Atn: Bankruptcy,   Dept. 1100 Virginia Dr.,   Fort Washington, PA 19034-3204
16537672         +GMAC Mortgage,    PO Box 4622,   Waterloo, IA 50704-4622
16537673         +Harris N.A.,    3800 Golf Rd Ste. 300,   Rolling Meadows, IL 60008-4005
16537674         +Harris N.A.,    c/o Blommer Peterman,   165 Bishops Way,   Brookfield, WI 53005-6235
16537675         +IMB LBPS,    P.O. Box 4121,   Beaverton, OR 97076-4121
16537676          MERS/Federal Nat. Mortgage Assoc.,    P.O. Box 2026,   Flint, MI 48501-2026
17002826          Nationstar Mortgage,    PO Box 829009,   Dallas, TX 75382-9009
16537677         +Nationstar Mortgage Ll,    Attn: Bankruptcy,   350 Highland Dr,   Lewisville, TX 75067-4177
16537678         +Nationstar Mortgage, LLC,    c/o Ben-Ezra & Katz, P.A.,   2901Stirling Rd., Suite 300,
                   Fort Lauderdale, FL 33312-6529
16537679         +World Quest Resort Partners LLC,    1100 Tower Plaza Court,   Suite 2010,
                   Winter Springs, FL 32708-6231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16537665        ##+Citimortgage Inc,    PO Box 9438,   Gaithersburg, MD 20898-9438
18006022        ##+PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,   Bankruptcy Department,
                   780 Johnson Ferry Road, #600,   Atlanta, GA 30342-1439
                                                                       TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1           User: cmendoza1           Page 2 of 3              Date Rcvd: Mar 06, 2013
                              Form ID: pdf006            Total Noticed: 23

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 08, 2013**                          **Signature:**        _Joseph Speetjens_

District/off: 0752-1          User: cmendoza1          Page 3 of 3             Date Rcvd: Mar 06, 2013
                             Form ID: pdf006          Total Noticed: 23

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2013 at the address(es) listed below:
          Christopher M Brown    on behalf of Creditor    Fifth Third Mortgage Company
           northerndistrict@atty-pierce.com,  cbrown@atty-pierce.com
          David E Cohen   on behalf of Debtor Nancy  Depcik dcohen@fishercohen.com
          Donna B Wallace    on behalf of Trustee Joseph A Baldi, Tr dbwallace@ameritech.net
          Donna B Wallace    on behalf of Plaintiff Joseph A Baldi dbwallace@ameritech.net
          Jose G Moreno   on behalf of Creditor    PennyMac Loan Services, LLC as servicer for PennyMac
           Mortgage Investment Trust Holdings I, LLC nd-one@il.cslegal.com
          Jose G Moreno   on behalf of Creditor    Nationstar Mortgage nd-one@il.cslegal.com
          Joseph  Wrobel    on behalf of Defendant Charles W Siragusa josephwrobel@chicagobankruptcy.com,
           j.bergner@chicagobankruptcy.com,;j.wrobel.ltd@chicagobankruptcy.com
          Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
           jabaldi@ameritech.net;jmanola@baldiberg.com
          Joseph A Baldi, Tr   jabaldi@baldiberg.com,  jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi, Tr   on behalf of Trustee Joseph A Baldi, Tr jabaldi@ameritech.net,
           jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Scott D Nabke   on behalf of Creditor    HARRIS N.A. scott@blommerpeterman.com
          Steven R Rappin   on behalf of Creditor    CitiMortgage, Inc. dolswang@hrolaw.com,
           rarredondo@hrolaw.com
          Toni  Dillon   on behalf of Creditor    IBM Lender Business Process Services Inc.
           tdillon@atty-pierce.com,  northerndistrict@atty-pierce.com
                                                                                TOTAL: 14