UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
 §
DEPCIK, NANCY § Case No. 10-54905
 §
 §
 Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on                    . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi, Trustee_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America/IBM LBPS 450 American Street Simi Valley, CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of Naples 4099 Tamiami Trail N Suite 100 Naples, FL 34103 | | | | | |
| | Citimortgage Inc PO Box 9438 Gaithersburg, MD 20898 | | | | | |
| | Citimortgage Inc PO Box 9438 Gaithersburg, MD 20898 | | | | | |
| | Fifth Third Bank P.O. Box 630412 Cincinnati, OH 45263 | | | | | |
| | Fifth Third Bank P.O. Box 630412 Cincinnati, OH 45263 | | | | | |
| | Fifth Third Bank c/o Bankruptcy Dept, Mdropso5 1850 East Paris Grand Rapids, MI 49546 | | | | | |
| | GMAC Mortgage Atn: Bankruptcy Dept. 1100 Virginia Dr. Fort Washington, PA 19034 | | | | | |
| | Harris N.A. 3800 Golf Rd Ste. 300 Rolling Meadows, IL 60008 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MERS/Federal Nat. Mortgage Assoc. P.O. Box 2026 Flint, MI 48501-2026 | | | | | |
| | Nationstar Mortgage Ll Attn: Bankruptcy 350 Highland Dr Lewisville, TX 75067 | | | | | |
| | World Quest Resort Partners LLC 1100 Tower Plaza Court Suite 2010 Winter Springs, FL 32708 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| BALDI BERG & WALLACE | | | | | |
| BALDI BERG & WALLACE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank SD, NA Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-54905 | Judge: Jack B. Schmetterer | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | DEPCIK, NANCY | | Date Filed (f) or Converted (c): | 12/13/10 (f) |
| | | | 341(a) Meeting Date: | 01/19/11 |
| For Period Ending: | 05/28/13 | | Claims Bar Date: | 09/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2650 N. Lakeview, #3409, Chicago, Illinois | 400,000.00 | 0.00 | | 0.00 | FA |
| 2. 6512 Huntington Lakes Circle, #102, Naples, FL 341 | 120,000.00 | 0.00 | | 0.00 | FA |
| 3. 1289 Underhill Circle, Port Charlotte, FL (vacant | 29,000.00 | 0.00 | | 0.00 | FA |
| 4. 10860 McAlester, Port Charlotte, FL (vacant lot) | 44,900.00 | 0.00 | | 0.00 | FA |
| 5. Golden Gate Estates, Unit 63, Naples, FL | 12,000.00 | 0.00 | | 0.00 | FA |
| 6. 14339 Pittinger, Port Charlotte, FL | 17,500.00 | 0.00 | | 0.00 | FA |
| Vacant lot in Florida, value speculative, marketing costs may exceed sale, if buyer is found | | | | | |
| 7. 5140 Cobble Creek Ct., Unit 203, Naples, FL (condo | 190,000.00 | 0.00 | | 0.00 | FA |
| 8. 1606 Cayman Ct., Naples, FL | 298,000.00 | 0.00 | | 0.00 | FA |
| 9. The Abbey Resort, 269 Fontana Blvd., Unit 2368, Fo | 85,000.00 | 0.00 | | 0.00 | FA |
| 10. 1113 SE 47th Terrace, Cape Cod, FL (strip mall own | 614,000.00 | 0.00 | | 0.00 | FA |
| 11. Condo - Unit 5/403, Worldquest Resort, Orlando, Fl | 0.00 | 0.00 | | 0.00 | FA |
| 12. Cash on hand | 25.00 | 0.00 | | 0.00 | FA |
| 13. Checking Account at JP Morgan Chase Bank | 45.00 | 0.00 | | 0.00 | FA |
| 14. Household goods and furniture | 500.00 | 0.00 | | 0.00 | FA |
| 15. Books and family pictures | 50.00 | 0.00 | | 0.00 | FA |
| 16. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 17. Costume Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 18. WNA | 180,000.00 | 0.00 | | 0.00 | FA |
| 19. 2005 Accura TSX | 12,000.00 | 4,525.00 | | 4,525.00 | FA |
| 20. Computer, desk and fax machine | 100.00 | 0.00 | | 0.00 | FA |
| 21. Tax Refunds (u) | 0.00 | 3,761.00 | | 3,761.00 | FA |
| 22. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.46 | Unknown |
| 23. Promisory Note from Charles Siragusa | 128,000.00 | 12,800.00 | | 12,800.00 | FA |
| promisory note from co-owner of various properties, appears note maker | | | | | |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 17.01

Case 10-54905 Doc 67 Filed 07/22/13 Entered 07/22/13 15:54:44 Desc Main
Document Page 9 of 12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 10-54905 | Judge: Jack B. Schmetterer | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | DEPCIK, NANCY | | Date Filed (f) or Converted (c): | 12/13/10 (f) |
| | | | 341(a) Meeting Date: | 01/19/11 |
| | | | Claims Bar Date: | 09/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| cannot pay in full, Trustee negotiated compromise with was approved by this Court | | | | | |
| TOTALS (Excluding Unknown Values) | $2,131,920.00 | $21,086.00 | | $21,086.46 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold Debtor's equity in car back to Debtor pursuant to Court order; and Trustee collected Estate's interest in

Debtor's 2010 tax refund; Trustee reviewed property values, most owned jointly with former boyfriend Charles Siragusa.

Siragusa proposed to buy estate interest in jointly owned properties for $5,000. Motion withdrawn when determined

Siragusa owes estate $128,000 on pre-petition promisory note; Trustee settled with Siragusa pursuant to Court authority

for collection of $12,800

Initial Projected Date of Final Report (TFR): 12/30/12    Current Projected Date of Final Report (TFR): 02/28/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-54905 -JBS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | DEPCIK, NANCY | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******7178  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8769 | | |
| For Period Ending: | 05/28/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/06/11 | 19 | NANCY DEPCIK<br>2650 N. Lakeview<br>Unit 3409<br>Chicago, IL 60614 | SALE PROCEEDS: VEHICLES | 1129-000 | 4,525.00 | | 4,525.00 |
| 06/06/11 | 21 | NANCY DEPCIK<br>2650 N. Lakeview<br>Unit 3409<br>Chicago, IL 60614 | Tax Refund | 1229-000 | 3,761.00 | | 8,286.00 |
| 06/30/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 8,286.05 |
| 07/29/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,286.12 |
| 08/31/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,286.19 |
| 09/30/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,286.26 |
| 10/31/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,286.33 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.56 | 8,275.77 |
| 11/30/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,275.84 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.20 | 8,265.64 |
| 12/29/11 | 22 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 8,265.70 |
| 12/29/11 | | Transfer to Acct #*******2798 | Bank Funds Transfer | 9999-000 | | 8,265.70 | 0.00 |

| Account *******7178 | | Balance Forward | 0.00 | | | | |
|---|---|---|---|---|---|---|---|
| | 2 | Deposits | 8,286.00 | 0 | Checks | | 0.00 |
| | 7 | Interest Postings | 0.46 | 2 | Adjustments Out | | 20.76 |
| | | Subtotal | $ 8,286.46 | 1 | Transfers Out | | 8,265.70 |
| | | | | | Total | $ | 8,286.46 |
| | 0 | Adjustments In | 0.00 | | | | |
| | 0 | Transfers In | 0.00 | | | | |
| | | Total | $ 8,286.46 | | | | |

LFORM2T4  UST Form 101-7-TDR (5/1/2011) *(Page: 10)*                           Ver: 17.01

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-54905 -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | DEPCIK, NANCY | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2798 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8769 | | | |
| For Period Ending: | 05/28/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) / Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check/Ref | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******7178 | Bank Funds Transfer | 9999-000 | 8,265.70 | | 8,265.70 |
| 02/07/12 | 001001 | International Sureties | TRUSTEE BOND NO. 016026455 | 2300-000 | | 6.53 | 8,259.17 |
| | | 701 Poydras Street #420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 01/18/13 | 23 | Charles Siragusa | PROMISSORY NOTE | 1229-000 | 12,800.00 | | 21,059.17 |
| 02/07/13 | 001002 | International Sureties | Bond Premium Payment | 2300-000 | | 16.99 | 21,042.18 |
| | | 701 Poydras Street #420 | BOND # 016026455 | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/10/13 | 001003 | JOSEPH A. BALDI , as Trustee | Trustee Compensation | 2100-000 | | 2,858.65 | 18,183.53 |
| | | 19 S. LaSalle Street | | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, Illinois 60603 | | | | | |
| 04/10/13 | 001004 | Baldi Berg & Wallace, Ltd. | Attorney for Trustee Fees (Trustee | | | 9,370.00 | 8,813.53 |
| | | 19 S. LaSalle St. | | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| | | | Fees 9,077.00 | 3110-000 | | | |
| | | | Expenses 293.00 | 3120-000 | | | |
| 04/10/13 | 001005 | Chase Bank USA, N.A. | Claim 000001, Payment 32.66656% | 7100-000 | | 8,813.53 | 0.00 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| | |
|---|---|
| Case No: | 10-54905 -JBS |
| Case Name: | DEPCIK, NANCY |
| Taxpayer ID No: | *******8769 |
| For Period Ending: | 05/28/13 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2798 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******2798

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 12,800.00 | 5 | Checks | 21,065.70 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 12,800.00 | | | |
| | | | | Total | $ 21,065.70 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 8,265.70 | | | |
| | Total | $ 21,065.70 | | | |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 3 | Deposits | 21,086.00 | 5 | Checks | 21,065.70 |
| 7 | Interest Postings | 0.46 | 2 | Adjustments Out | 20.76 |
| | | | 1 | Transfers Out | 8,265.70 |
| | Subtotal | $ 21,086.46 | | | |
| | | | | Total | $ 29,352.16 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 8,265.70 | | | |
| | Total | $ 29,352.16 | Net Total Balance | $ 0.00 |

LFORM2T4 UST Form 101-7-TDR (5/1/2011) (Page: 12)

Ver: 17.01